No. 17,441.

CITY AND COUNTY OF DENVER ET AL. *v.* HOLT.
(277 P. [2d] 569)

Decided December 20, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN C. BANKS, Mr. CHARLES H. HAINES, Mr. JOHN D. SAVIERS, for plaintiffs in error.

Mr. FRANCIS S. MANCINI, Mr. WILLIAM L. RICE, Mr. THOMAS C. SINGER, for defendant in error.